IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

```
UNITED STATES OF AMERICA,    )
                             )
            Plaintiff,       )        8:14CR318
                             )
      v.                     )
                             )
DONALD HARVEY,               )        ORDER
                             )
            Defendant.       )
_____)
```

This matter is before the Court on defendant's motion to continue trial (Filing No. 25). The Court notes defendant has filed a written waiver of speedy trial (Filing No. 26). Accordingly,

IT IS ORDERED that trial of this matter is scheduled for:

**Monday, March 30, 2015, at 9 a.m.**

in Courtroom No. 5, Roman L. Hruska United States Courthouse, Omaha, Nebraska, or as soon thereafter as may be called by the Court. The parties will have time to prepare for trial or pursue plea negotiations, and it will accommodate the schedule of counsel and of the Court. The ends of justice will be served by continuing this case and outweigh the interests of the public and the defendant in a speedy trial. The additional time between March 2, 2015, and March 30, 2015, shall be deemed excludable

time in any computation of time under the requirement of the Speedy Trial Act. 18 U.S.C. § 3161(h)(8)(A) & (B).

DATED this 20th day of February, 2015.

BY THE COURT:

/s/ Lyle E. Strom
_____
LYLE E. STROM, Senior Judge
United States District Court