```
          IN THE UNITED STATES DISTRICT COURT FOR THE

                      DISTRICT OF NEBRASKA

UNITED STATES OF AMERICA,     )
                              )
            Plaintiff,        )           8:14CR318
                              )
       v.                     )
                              )
DONALD HARVEY,                )            ORDER
                              )
            Defendant.        )
_____)
```

This matter is before the Court on defendant's applicaton to proceed on appeal *in forma pauperis* and request for attorney (Filing No. 63). The Court has reviewed the motion and the supporting affidavit (Filing No. 64), and finds the motion to proceed on appeal *in forma pauperis* should be granted. The request for appointment of counsel will be denied at this time. Accordingly,

    IT IS ORDERED:

    1) Defendant's motion to proceed on appeal *in forma pauperis* is granted. Defendant may proceed on appeal without prepayment of costs.

      2) Defendant's request for appointment of counsel is denied, subject to renewal with the United States Court of Appeals for the Eighth Circuit.

      DATED this 27th day of July, 2015.

                  BY THE COURT:

                  /s/ Lyle E. Strom

                  _____
                  LYLE E. STROM, Senior Judge
                  United States District Court