IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

```
UNITED STATES OF AMERICA,    )
                             )
            Plaintiff,       )        8:14CR318
                             )
     v.                      )
                             )
DONALD HARVEY,               )        ORDER
                             )
            Defendant.       )
_____)
```

This matter is before the Court on defendant's pro se motion for new counsel (Filing No. 73). This case is on appeal and this Court has no jurisdiction to grant defendant's motion. Defendant should file his motion with the United States Court of Appeals for the Eighth Circuit. Accordingly,

IT IS ORDERED that defendant's motion for new counsel is denied without prejudice to renewal with the United States Court of Appeals for the Eighth Circuit.

DATED this 30th day of September, 2015.

BY THE COURT:

/s/ Lyle E. Strom
_____
LYLE E. STROM, Senior Judge
United States District Court