IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

```
UNITED STATES OF AMERICA,    )
                             )
            Plaintiff,       )        8:14CR318
                             )
      v.                     )
                             )
DONALD HARVEY,               )        ORDER
                             )
            Defendant.       )
_____)
```

After a review of Filing No. 79 (motion for copies); Filing No. 80 (affidavit in support of motion for copies); and Filing No. 83 (motion for discovery and motion for counsel), the Court notes defendant addressed the envelopes containing these filings to the United States Court of Appeals for the Eighth Circuit. Accordingly,

IT IS ORDERED that the Clerk of the United States District Court for the District of Nebraska shall forward these items to the Clerk of the United States Court of Appeals for the Eighth Circuit.

DATED this 5th day of January, 2016.

BY THE COURT:

/s/ Lyle E. Strom
_____
LYLE E. STROM, Senior Judge
United States District Court