IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

```
UNITED STATES OF AMERICA,    )
                             )
            Plaintiff,       )          8:14CR318
                             )
     v.                      )
                             )
DONALD HARVEY,               )          ORDER
                             )
            Defendant.       )
_____)
```

This matter is before the Court on defendant's motion to continue resentencing and motion to extend filing deadline for objections to presentence report (Filing No. 105), and the government's response (Filing No. 106).  Defendant's motion will be granted in part and denied in part.  Accordingly,

IT IS ORDERED:

1) Defendant's motion to continue resentencing is granted; resentencing is rescheduled for:

**Wednesday, October 12, 2016, at 9 a.m.**

Courtroom No. 5, Roman L. Hruska United States Courthouse, 111 South 18th Plaza, Omaha, Nebraska.

2) Defendant's motion to extend filing deadline for objections to presentence report is denied.

DATED this 9th day of September, 2016.

BY THE COURT:

/s/ Lyle E. Strom
_____
LYLE E. STROM, Senior Judge
United States District Court