IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 8:14CR318 |
| | ) | |
| v. | ) | |
| | ) | |
| DONALD HARVEY, | ) | ORDER |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

    This matter is before the Court on defendant's affidavit to support defense's motion to extend filing deadline (Filing No. 109).  NEGenR 1.3 (i) provides that once an attorney is appointed or retained, all further documents and other communications with the Court must be submitted through the attorney, unless the Court permits otherwise.  Any further pro se documents or other communications submitted to the Court may be (1) returned unfiled to the sending party or (2) forwarded to the sending party's attorney.

    Defendant is represented by counsel, and no pro se filings will be accepted.  Accordingly,

IT IS ORDERED that the clerk of court shall strike defendant's affidavit and return the original to him, with copies to his counsel of record.

DATED this 22nd day of September, 2016.

BY THE COURT:

/s/ Lyle E. Strom
_____
LYLE E. STROM, Senior Judge
United States District Court