IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

```
UNITED STATES OF AMERICA,    )
                             )
            Plaintiff,       )         8:14CR318
                             )
       v.                    )
                             )
DONALD HARVEY,               )           ORDER
                             )
            Defendant.       )
_____)
```

This matter is before the Court on defendant's motion to continue resentencing (Filing No. 123).  The Court finds that defendant's motion should be granted.  Accordingly,

IT IS ORDERED that defendant's motion to continue resentencing is granted; resentencing is rescheduled for:

**Wednesday, January 11, 2017, at 9 a.m.**

Courtroom No. 5, Roman L. Hruska United States Courthouse, 111 South 18th Plaza, Omaha, Nebraska.

DATED this 23rd day of November, 2016.

        BY THE COURT:

        /s/ Lyle E. Strom
        _____
        LYLE E. STROM, Senior Judge
        United States District Court