IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

```
UNITED STATES OF AMERICA,    )
                             )
            Plaintiff,       )    8:14CR318
                             )
       v.                    )
                             )
DONALD HARVEY,               )    ORDER
                             )
            Defendant.       )
_____)
```

      This matter is before the Court on the joint motion to continue resentencing (Filing No. 130).  The Court finds that the motion should be granted.  Accordingly,

      IT IS ORDERED that the joint motion to continue resentencing is granted; resentencing is rescheduled for:

**Wednesday, January 25, 2017, at 9 a.m.**

Courtroom No. 5, Roman L. Hruska United States Courthouse, 111 South 18th Plaza, Omaha, Nebraska.  No further continuances will be granted.

      DATED this 6th day of January, 2017.

                      BY THE COURT:

                      /s/ Lyle E. Strom
                      _____
                      LYLE E. STROM, Senior Judge
                      United States District Court