IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

```
UNITED STATES OF AMERICA,      )
                               )
            Plaintiff,         )        8:14CR318
                               )
      v.                       )
                               )
DONALD HARVEY,                 )        ORDER
                               )
            Defendant.         )
_____)
```

      This matter is before the Court on the remand of this action from the United States Court of Appeals for the Eighth Circuit (See Filing No. 92 and Filing No. 93).  That Court found that the two counts constituted double jeopardy and one count needed to be dismissed.

      The Court has reviewed the filings relevant to this issue and has concluded that Count II should be dismissed.  Accordingly,

      IT IS ORDERED that Count II of the indictment is dismissed.

      DATED this 24th day of January, 2017.

                  BY THE COURT:

                  /s/ Lyle E. Strom
                  _____
                  LYLE E. STROM, Senior Judge
                  United States District Court